IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS W. ALESI | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 21-1046 |
| CARE PROVIDERS INSURANCE SERVICES, | : |
| LLC, d/b/a NSM INSURANCE GROUP | : |

**O R D E R**

**AND NOW**, this 10th day of September 2021, upon consideration of Defendant, Care Providers Insurance Services, LLC, d/b/a NSM Insurance Group's Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and Motion to Strike Pursuant to Federal Rule of Civil Procedure 12(f) (ECF No. 5), and Plaintiff's Response thereto (ECF No. 6), it is **ORDERED** as follows:

1. Defendant's Motion to Dismiss is **DENIED**.

2. Defendant's Motion to Strike is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:


 */s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**